# EXHIBIT 1

White Cap Construction & Industrial 805..
ecatalog.whitecap.com



# EXHIBIT 2

🔒 whitecap.com



# Brigade Heavy Duty Concrete Washout Pan 72"X72"X24"

Brand: Brigade |
 Mfg#: 727224HD

Product#: 444727224HD

**Your Price: $2,447.99**

**Availability:**
**Based on Product Sourcing**

This product has shipping restrictions. Additional Shipping Charges may apply. You may be contacted by Customer Service.

QTY: 1

**ADD TO CART**

# EXHIBIT 3

# Brigade Washout Pans | HD Supply White Cap



# BRIGADE WASHOUT PANS

Brigade Washout Pans are multi-purpose construction pans designed to fit under concrete pump and mixer trucks, capturing liquids and solids. Washout Pans are required on every jobsite to meet US Environmental Protection Agency (EPA) compliance standards. They are used for the washout of concrete, paint, drywall, masonry and much more.

## FEATURES / BENEFITS

- ✔ Exclusive to White Cap
- ✔ Required on every jobsite to meet EPA compliance standards
- ✔ EPA Approved
- ✔ Best solution for Stormwater Pollution Protection Plan (SWPPP) Compliance
- ✔ Designed to fit under concrete pump trucks at 14" tall
- ✔ Highly portable, inter-stackable, watertight, multi-purpose containment system
- ✔ Available in five sizes

# EXHIBIT 4

10/29/2018

### Concrete Washout Pans - HD Supply White Cap
https://www.whitecap.com/shop/wc/washout-pans ▾
HD Supply White Cap is a leading supplier of Concrete Washout Pans products along with a huge inventory of residential, commercial and industrial ...
Missing: youtube | Must include: youtube



Brigade 72" x 72" x 14"
Concrete Washout Pan
for Concrete Pump
Trucks
Brand: Brigade
Mfg#: 727214PRO
Product#: 444727214PRO

**Your Price: $1,937.99**

Availability:
Based on Product Sourcing

This product has shipping
restrictions. Additional Shipping
Charges may apply. You may be
contacted by Customer Service.

QTY: [ 1 ]
**ADD TO CART**

Brigade Heavy Duty
Concrete Washout Pan
72"X72"X24"
Brand: Brigade
Mfg#: 727224HD
Product#: 444727224HD

**Your Price: $2,447.99**

Availability:
Based on Product Sourcing

This product has shipping
restrictions. Additional Shipping
Charges may apply. You may be
contacted by Customer Service.

QTY: [ 1 ]
**ADD TO CART**

People also search for

Brigade 72" x 72" x 24"
Concrete Washout Pan
for Concrete Pump
Trucks
Brand: Brigade
Mfg#: 727224PRO
Product#: 444727224PRO

near me

**Your Price: $2,243.99**

Availability:
Based on Product Sourcing

This product has shipping
restrictions. Additional Shipping
Charges may apply. You may be
contacted by Customer Service.

QTY: [ 1 ]
**ADD TO CART**

Concrete Washout Pans | Hoppers, Chutes &
Buggies | HD Supply White Cap
HD Supply White Cap › shop › washout-...



HD Supply White Cap is a
leading supplier of Concrete
Washout Pans products along
with a huge inventory of
residential, commercial and ...

You visited this page on 10/17/18.



ⓘ ×

# EXHIBIT 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tyler*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-133-229

**Effective Date of Registration:**
December 17, 2018

---

## Title

**Title of Work:**  washoutpantoolwashoutstation.png

## Completion/Publication

**Year of Completion:**  2012
**Date of 1st Publication:**  June 12, 2012
**Nation of 1st Publication:**  United States

## Author

- **Author:**  WashoutPan.com LLC
**Author Created:**  photograph
**Work made for hire:**  Yes
**Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  WashoutPan.com LLC
5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions

**Organization Name:**  WashoutPan.com LLC
**Name:**  Reef Robin Mowers
**Email:**  reef@washoutpan.com
**Telephone:**  (858)250-9240
**Alt. Telephone:**  (323)963-4117
**Address:**  5330 Alta Bahia Court
San Diego, CA 92109 United States

## Certification

*Page 1 of 2*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Leil*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-133-230**

**Effective Date of Registration:**
December 17, 2018

## Title

| | |
|---|---|
| **Title of Work:** | washoutpanloadtest.jpg |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | March 01, 2011 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | WashoutPan.com LLC |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | WashoutPan.com LLC |
| | 5330 Alta Bahia Court, San Diego, CA, 92109, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | WashoutPan.com LLC |
| **Name:** | Reef Robin Mowers |
| **Email:** | reef@washoutpan.com |
| **Telephone:** | (858)250-9240 |
| **Alt. Telephone:** | (323)963-4117 |
| **Address:** | 5330 Alta Bahia Court |
| | San Diego, CA 92109 United States |

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Tugle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-133-235

**Effective Date of Registration:**
December 16, 2018

---

## Title

**Title of Work:** WashoutPanProductPhotoShoot444727214HDbottomview.psd

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 26, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** WashoutPan.com LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** WashoutPan.com LLC
5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions

**Organization Name:** WashoutPan.com LLC
**Name:** Reef Robin Mowers
**Email:** reef@washoutpan.com
**Telephone:** (858)250-9240
**Alt. Telephone:** (323)963-4117
**Address:** 5330 Alta Bahia Court
San Diego, CA 92109 United States

## Certification

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tesle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-133-239

**Effective Date of Registration:**
December 16, 2018

---

## Title _____

      **Title of Work:** WashoutPanProductPhotoShoot444727214PROinside.jpg

## Completion/Publication _____

      **Year of Completion:** 2012
      **Date of 1st Publication:** January 02, 2012
      **Nation of 1st Publication:** United States

## Author _____

      •   **Author:** WashoutPan.com LLC
      **Author Created:** photograph
      **Work made for hire:** Yes
      **Citizen of:** United States

## Copyright Claimant _____

      **Copyright Claimant:** WashoutPan.com LLC
      5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions _____

      **Organization Name:** WashoutPan.com LLC
      **Name:** Reef Robin Mowers
      **Email:** reef@washoutpan.com
      **Telephone:** (858)250-9240
      **Alt. Telephone:** (323)963-4117
      **Address:** 5330 Alta Bahia Court
      San Diego, CA 92109 United States

## Certification _____

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teyle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-133-240**

**Effective Date of Registration:**
December 16, 2018

## Title
_____

**Title of Work:**  WashoutPanProductPhotoShoot727214PROforkpockets.jpg

## Completion/Publication
_____

**Year of Completion:** 2013
**Date of 1st Publication:** January 15, 2014
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** WashoutPan.com LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** WashoutPan.com LLC
5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions
_____

**Organization Name:** WashoutPan.com LLC
**Name:** Reef Robin Mowers
**Email:** reef@washoutpan.com
**Telephone:** (858)250-9240
**Alt. Telephone:** (323)963-4117
**Address:** 5330 Alta Bahia Court
San Diego, CA 92109 United States

## Certification
_____

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-133-243**

**Effective Date of Registration:**
December 15, 2018

## Title

**Title of Work:**   WashoutPanProductPhotoShoot444509618topview.jpg

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 15, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** WashoutPan.com LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:**   WashoutPan.com LLC
5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions

**Organization Name:** WashoutPan.com LLC
**Name:** Reef Robin Mowers
**Email:** reef@washoutpan.com
**Telephone:** (858)250-9240
**Alt. Telephone:** (323)963-4117
**Address:** 5330 Alta Bahia Court
San Diego, CA 92109 United States

## Certification

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-133-249

**Effective Date of Registration:**
December 15, 2018

---

## Title
**Title of Work:** WashoutPanProductPhotoShoot444727224HDbottomview

## Completion/Publication
**Year of Completion:** 2013
**Date of 1st Publication:** January 15, 2014
**Nation of 1st Publication:** United States

## Author
- **Author:** WashoutPan.com LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
**Copyright Claimant:** WashoutPan.com LLC
5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions
**Organization Name:** WashoutPan.com LLC
**Name:** Reef Robin Mowers
**Email:** reef@washoutpan.com
**Telephone:** (858)250-9240
**Alt. Telephone:** (323)963-4117
**Address:** 5330 Alta Bahia Court
San Diego, CA 92109 United States

## Certification

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-133-251

**Effective Date of Registration:**
December 15, 2018

## Title

**Title of Work:** WashoutPanProductPhotoShoot444509618PROFORKSIDEVIEW.jpg

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 15, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** WashoutPan.com LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** WashoutPan.com LLC
5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions

**Organization Name:** WashoutPan.com LLC
**Name:** Reef Robin Mowers
**Email:** reef@washoutpan.com
**Telephone:** (858)250-9240
**Alt. Telephone:** (323)963-4117
**Address:** 5330 Alta Bahia Court
San Diego, CA 92109 United States

## Certification

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Lesle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-133-253

**Effective Date of Registration:**
December 15, 2018

---

## Title

      **Title of Work:**   WashoutPanProductPhotoShoot444509618PROinside.jpg

## Completion/Publication

      **Year of Completion:**   2013
     **Date of 1st Publication:**   January 15, 2014
    **Nation of 1st Publication:**   United States

## Author

   •   **Author:**   WashoutPan.com LLC
     **Author Created:**   photograph
   **Work made for hire:**   Yes
       **Citizen of:**   United States

## Copyright Claimant

    **Copyright Claimant:**   WashoutPan.com LLC
                       5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions

    **Organization Name:**   WashoutPan.com LLC
           **Name:**   Reef Robin Mowers
          **Email:**   reef@washoutpan.com
      **Telephone:**   (858)250-9240
    **Alt. Telephone:**   (323)963-4117
        **Address:**   5330 Alta Bahia Court
                       San Diego, CA 92109 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-133-254

**Effective Date of Registration:**
December 15, 2018

---

## Title
_____

      **Title of Work:**   WashoutPanProductPhotoShoot444727224PROinside.jpg

## Completion/Publication
_____

      **Year of Completion:**  2013
  **Date of 1st Publication:**  January 15, 2014
  **Nation of 1st Publication:**  United States

## Author
_____

          **Author:**  WashoutPan.com LLC
    **Author Created:**  photograph
  **Work made for hire:**  Yes
       **Citizen of:**  United States

## Copyright Claimant
_____

    **Copyright Claimant:**  WashoutPan.com LLC
                   5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions
_____

    **Organization Name:**  WashoutPan.com LLC
          **Name:**  Reef Robin Mowers
          **Email:**  reef@washoutpan.com
     **Telephone:**  (858)250-9240
  **Alt. Telephone:**  (323)963-4117
       **Address:**  5330 Alta Bahia Court
                San Diego, CA 92109 United States

## Certification
_____

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-133-256

**Effective Date of Registration:**
December 15, 2014

## Title

| | |
|---|---|
| Title of Work: | WashoutPanProductPhotoShoot509614PRO.JPG |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2013 |
| Date of 1st Publication: | January 15, 2014 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| ● Author: | WashoutPan.com LLC |
| Author Created: | photograph |
| Work made for hire: | Yes |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | WashoutPan.com LLC |
| | 5330 Alta Bahia Court, San Diego, CA, 92109, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | WashoutPan.com LLC |
| Name: | Roef Roban Mowers |
| Email: | roef@washoutpan.com |
| Telephone: | (858)250-9240 |
| Alt. Telephone: | (323)963-4117 |
| Address: | 5330 Alta Bahia Court |
| | San Diego, CA 92109 United States |

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Cole*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-133-257

**Effective Date of Registration:**
December 19, 2014

---

## Title

**Title of Work:** WashoutPanProductPhotoShoot604814.JPG

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 15, 2014
**Nation of 1ˢᵗ Publication:** United States

## Author

* **Author:** WashoutPan.com LLC
**Author Created:** photograph
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** WashoutPan.com LLC
5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions

**Organization Name:** WashoutPan.com LLC
**Name:** Reef Robin Mowers
**Email:** reef@washoutpan.com
**Telephone:** (858)250-9240
**Alt. Telephone:** (323)963-4117
**Address:** 5330 Alta Bahia Court
San Diego, CA 92109 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Taylor*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-133-258

**Effective Date of Registration:**
December 15, 2018

---

## Title

**Title of Work:** WashoutPanProductPhotoShoot727224HD.jpg

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 15, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** WashoutPan.com LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** WashoutPan.com LLC
5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions

**Organization Name:** WashoutPan.com LLC
**Name:** Reef Robin Mowers
**Email:** reef@washoutpan.com
**Telephone:** (858)250-9240
**Alt. Telephone:** (323)963-4117
**Address:** 5330 Alta Bahia Court
San Diego, CA 92109 United States

## Certification

---

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Taylor*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-133-259

**Effective Date of Registration:**
December 15, 2018

---

## Title

**Title of Work:** WashoutPanProductPhotoShoot727214PRO.JPG

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 15, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** WashoutPan.com LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** WashoutPan.com LLC
5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions

**Organization Name:** WashoutPan.com LLC
**Name:** Roel Roban Mowers
**Email:** roel@washoutpan.com
**Telephone:** (323)963-4117
**Alt. Telephone:** (858)250-9240
**Address:** 5330 Alta Bahia Court
San Diego, CA 92109 United States

## Certification

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Taylor*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-133-260

**Effective Date of Registration:**
December 15, 2018

## Title

**Title of Work:** WashoutPanProductPhotoShoot727224PRO.JPG

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 15, 2014
**Nation of 1st Publication:** United States

## Author

• **Author:** WashoutPan.com LLC
**Author Created:** photograph
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** WashoutPan.com LLC
5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions

**Organization Name:** WashoutPan.com LLC
**Name:** Roef Robin Mowers
**Email:** roef@washoutpan.com
**Telephone:** (323)963-4117
**Alt. Telephone:** (858)250-9240
**Address:** 5330 Alta Bahia Court
San Diego, CA 92109 United States

## Certification

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Taylor*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-133-262

**Effective Date of Registration:**
December 19, 2018

---

## Title

**Title of Work:**  WashoutPanWestViewParkPhotoShoot.JPG

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 15, 2014
**Nation of 1st Publication:** United States

## Author

• **Author:** WashoutPan.com LLC
**Author Created:** photograph
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** WashoutPan.com LLC
5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions

**Organization Name:** WashoutPan.com LLC
**Name:** Reef Robin Mowers
**Email:** reef@washoutpan.com
**Telephone:** (323)963-4117
**Alt. Telephone:** (858)250-9240
**Address:** 5330 Alta Bahia Court
San Diego, CA 92109 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-133-233

**Effective Date of Registration:**
December 16, 2018

## Title

Title of Work:   WashoutPanProductPhotoShoot444727214HDfrontview.psd

## Completion/Publication

Year of Completion:   2013
Date of 1st Publication:   January 26, 2013
Nation of 1st Publication:   United States

## Author

- Author:   WashoutPan.com LLC
  Author Created:   photograph
  Work made for hire:   Yes
  Citizen of:   United States

## Copyright Claimant

Copyright Claimant:   WashoutPan.com LLC
5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions

Organization Name:   WashoutPan.com LLC
Name:   Reef Robin Mowers
Email:   reef@washoutpan.com
Telephone:   (858)250-9240
Alt. Telephone:   (323)963-4117
Address:   5330 Alta Bahia Court
San Diego, CA 92109 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-133-236

**Effective Date of Registration:**
December 16, 2018

## Title

**Title of Work:**  WashoutPanProduct PhotoShoot44-M04814PROtopview

## Completion/Publication

**Year of Completion:**  2013
**Date of 1st Publication:**  January 27, 2013
**Nation of 1st Publication:**  United States

## Author

- **Author:**  WashoutPan.com LLC
  **Author Created:**  photograph
  **Work made for hire:**  Yes
  **Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  WashoutPan.com LLC
5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions

**Organization Name:**  WashoutPan.com LLC
**Name:**  Reef Robin Mowers
**Email:**  reef@washoutpan.com
**Telephone:**  (858)250-9240
**Alt. Telephone:**  (323)963-4117
**Address:**  5330 Alta Bahia Court
San Diego, CA 92109 United States

## Certification

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tyler*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-133-238

**Effective Date of Registration:**
December 16, 2018

---

## Title

Title of Work: WashoutPanProductPhotoShoot444727224PROforkview.jpg

## Completion/Publication

Year of Completion: 2013
Date of 1st Publication: January 20, 2013
Nation of 1st Publication: United States

## Author

- Author: WashoutPan.com LLC
  Author Created: photograph
  Work made for hire: Yes
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: WashoutPan.com LLC
5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions

Organization Name: WashoutPan.com LLC
Name: Reef Robin Mowers
Email: reef@washoutpan.com
Telephone: (858)250-9240
Alt. Telephone: (323)963-4117
Address: 5330 Alta Bahia Court
San Diego, CA 92109 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Temple*

Acting United States Register of Copyrights and Director

Registration Number

**VA 2-133-264**

**Effective Date of Registration:**
December 15, 2018

## Title

**Title of Work:**   WashoutPanPumpWashoutPhotoShoot.jpg

WashoutPanWestViewParkPhotoShoot.JPG

## Completion/Publication

**Year of Completion:**   2014
**Date of 1st Publication:**   January 15, 2014
**Nation of 1st Publication:**   United States

## Author

● **Author:**   WashoutPan.com LLC
**Author Created:**   photograph
**Work made for hire:**   Yes
**Citizen of:**   United States

● **Author:**   WashoutPan.com LLC
**Author Created:**   photograph
**Work made for hire:**   Yes
**Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   WashoutPan.com LLC
5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions

**Organization Name:**   WashoutPan.com LLC
**Name:**   Reef Robin Mowers
**Email:**   reef@washoutpan.com
**Telephone:**   (323)963-4117

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teske*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-133-266**

**Effective Date of Registration:**
December 15, 2018

---

## Title

**Title of Work:**   WashoutPanPumpWashoutPumpPrimePhotoShoot.jpg

## Completion/Publication

**Year of Completion:**   2014
**Date of 1st Publication:**   January 15, 2014
**Nation of 1st Publication:**   United States

## Author

• **Author:**   Reef Robin Mowers
**Author Created:**   photograph
**Work made for hire:**   No
**Citizen of:**   United States
**Year Born:**   1974

## Copyright Claimant

**Copyright Claimant:**   WashoutPan.com LLC
5330 Alta Bahia Court, San Diego, CA, 92109, United States

**Copyright Claimant:**   WashoutPan.com LLC
5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions

**Organization Name:**   WashoutPan.com LLC
**Name:**   Reef Robin Mowers
**Email:**   reef@washoutpan.com
**Telephone:**   (323)963-4117
**Alt. Telephone:**   (858)250-9240
**Address:**   5330 Alta Bahia Court
San Diego, CA 92109 United States

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

# TX 8-738-654

**Effective Date of Registration:**
December 16, 2018

## Title

    **Title of Work:**  2018 PRODUCT CATALOG_FINAL.pdf

## Completion/Publication

    **Year of Completion:**  2018
    **Date of 1st Publication:**  January 02, 2018
    **Nation of 1st Publication:**  United States

## Author

    ● **Author:**  WashoutPan.com LLC
    **Author Created:**  artwork
    **Work made for hire:**  Yes
    **Citizen of:**  United States

## Copyright Claimant

    **Copyright Claimant:**  WashoutPan.com LLC
    5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions

    **Organization Name:**  WashoutPan.com LLC
    **Name:**  Reef Robin Mowers
    **Email:**  reef@washoutpan.com
    **Telephone:**  (858)250-9240
    **Alt. Telephone:**  (323)963-4117
    **Address:**  5330 Alta Bahia Court
    San Diego, CA 92109 United States

## Certification

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

# VA 2-192-513

**Effective Date of Registration:**
January 17, 2019

**Registration Decision Date:**
February 26, 2020

---

## Title

**Title of Work:** Washout Pan LID.jpg

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 06, 2016
**Nation of 1st Publication:** United States

## Author

**Author:** WashoutPan.com LLC
**Author Created:** photograph
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** WashoutPan.com LLC
5330 Alta Bahia Court, San Diego, CA, 92109, United States

## Rights and Permissions

**Organization Name:** WashoutPan.com LLC
**Name:** Reef Robin Mowers
**Email:** reef@washoutpan.com
**Telephone:** (858)250-9240
**Alt. Telephone:** (323)963-4117
**Address:** 5330 Alta Bahia Court
San Diego, CA 92109 United States

## Certification

**Name:**   Reef Robin Mowers
**Date**:   January 17, 2019

**Correspondence:**   Yes

# EXHIBIT 6



Concrete Washou ×    +

🛡 🔒 https://www.whitecap.com/72X72X14-Concrete-Washout-Pan-239670/#727214PRO-444727214/    ··· ⊘ ☆

Search by name, brand, product id...    🔍    👤 My Account ⌄    📍 San D

**BRANDS**  |  **LOCATIONS**  |  **SERVICES**  |  **REQUEST A QUOTE**  |  **RESOURCE CENTER**

d Geosynthetics  >  Stormwater Management  >  Washout Pans  >  72"X72"X14" Concrete Washout Pan

# 72"X72"X14" Concrete Washout Pan

Mfg#: 727214PRO | SKU#: 444727214

Was: $2,035.69

**$1,999.99** each

Quantity:


− | 1 | +    **ADD TO CART**

Change estimated delivery zip

Get it by Fri, Feb 21, 2020
Shipping from **Los Angeles, CA**
Delivery zip 92109



# EXHIBIT 7

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-191-170**

**Effective Date of Registration:**
February 04, 2019
**Registration Decision Date:**
February 18, 2020

## Title

| | |
|---|---|
| **Title of Work:** | 72x72x14_3_4_view_hooks_up original |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | January 26, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **• Author:** | WashoutPan.com LLC |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | WashoutPan.com LLC |
| | 5330 Alta Bahia Court, San Diego, CA, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | WashoutPan.com LLC |
| **Address:** | 5330 Alta Bahia Court |
| | San Diego, CA 92109 United States |

## Certification

| | |
|---|---|
| **Name:** | Reef Robin Mowers |
| **Date:** | February 04, 2019 |

Page 1 of 2

**Copyright Office notes:**   Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102(a), and 113.

**Registration #:**   VA0002191170
**Service Request #:**   1-7386092441



WashoutPan.com LLC
5330 Alta Bahia Court
San Diego, CA 92109 United States