SEAN D. FLAHERTY (SBN: 272598)
sflaherty@grsm.com
BRANDON D. SAXON (SBN: 252712)
bsaxon@grsm.com
PATRICK J. MULKERN (SBN: 307272)
pmulkern@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52 Floor
Los Angeles, CA 90071
Telephone: (619) 230-7473
Facsimile: (619) 696-7124

Attorneys for Defendant
HD SUPPLY CONSTRUCTION SUPPLY, LTD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHOUTPAN.COM, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HD SUPPLY CONSTRUCTION SUPPLY, LTD., a Florida limited partnership; and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. 2:20-cv-01105-AB-(JEMx)<br><br>**NOTICE OF DEFENDANT'S FIRST AMENDED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>District Judge:<br>Hon. Andrew Birotte, Jr.<br><br>Magistrate Judge:<br>John E. McDermott |

Defendant HD Supply Construction Supply, Ltd. ("HDS") provides notice that the foregoing First Amended Answer was filed subject to FRCP Rule 15(a)(2). The parties met and conferred prior to this filing with HDS providing Plaintiff the proposed First Amended Answer, and HDS obtained the opposing party's written consent before filing.

///

///

///

///

1  The First Amended Answer only differs from the original Answer in that the
2  First Amended Answer includes affirmative defenses nineteen (merger) and twenty
3  (*scene a faire*).

Dated:  August 21, 2020          GORDON REES SCULLY MANSUKHANI LLP

                                 By:    */s/ Sean D. Flaherty*
                                        Sean D. Flaherty
                                        Brandon D. Saxon
                                        Patrick J. Mulkern
                                        Attorneys for Defendant
                                        HD SUPPLY CONSTRUCTION SUPPLY, LTD.

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2020, the foregoing was filed electronically via the Court's Electronic Filing System and served upon all counsel of record via the same.

                                                */s/ Sean D. Flaherty*
                                                Sean D. Flaherty

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

1207638/51463329v.1

-3-
NOTICE OF DEFENDANT'S AMENDED ANSWER
Case No.: 2:20-cv-01105-AB-JEM(x)