UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 20-01105-AB (JEMx) | Date: | April 30, 2021 |

| | |
|---|---|
| Title: | Washoutpan.com, LLC v. HD Supply Construction Supply, Ltd. |

Present: The Honorable   **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):

Andrew Flores

Attorney(s) Present for Defendant(s):

Sean D Flaherty
Brandon D Saxon

**Proceedings:**   DEFENDANT'S MOTION TO DISMISS [27]
(Video Conference-Zoom)

Court and counsel confer.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby DENIES the motion for the reasons stated on the record.

Any stay regarding discovery is lifted.

Counsel are ordered to meet and confer regarding a schedule of pretrial and trial dates that will govern this action.   The proposed schedule shall be filed by no later than May 14, 2021.

00  :  05