# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHOUTPAN.COM, LLC, a California limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WHITE CAP, L.P., a Florida limited partnership; and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | Case No. CV 20-1105-AB (JEMx)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　IT IS HEREBY ORDERED that White Cap, L.P.'s ("White Cap's") Motion For Terminating Sanctions is GRANTED IN FULL, and the Clerk is directed to enter judgment in favor of White Cap on all claims, and a monetary award inclusive of all sums previously owed by Washoutpan.com, LLC, through the Court's prior orders, amounting to a total of $5,625.50.

DATED:  December 2, 2021

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ANDRE BIROTTE, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE