JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHOUTPAN.COM, LLC, a California limited liability company,<br><br>           Plaintiff,<br><br>  v.<br><br>WHITE CAP, L.P., a Florida limited partnership; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. CV 20-1105-AB (JEMx)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows: (1) judgment is entered in favor of White Cap, L.P. ("White Cap"), and against Washoutpan.com, LLC ("WP"), on all claims; (2) that WP shall pay to White Cap the amount of $5,625.50, which is inclusive of all sums previously owed by WP through the Court's prior orders; and (3) this action is dismissed with prejudice.

DATED: December 2, 2021

                                                      ANDRE BIROTTE, JR.
                                                      UNITED STATES DISTRICT JUDGE